IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br><br>JAMES TINO WHITE, JR.,<br><br>               Defendant. | CR 20-88-GF-BMM |

On November 8, 2021, the Court committed James White (White) to the custody of the Attorney General for a period of time not to exceed four months, consistent with the provisions of 18 U.S.C. §4241(d), to determine whether there exists a substantial probability that in the foreseeable future that White will attain the capacity to permit this case to go forward. (Doc. 31.)

On February 1, 2022, the Court received notice from T. Scarantino, Complex Warden at Federal Detention Center, Butner, North Carolina, where White is being evaluated, regarding White's evaluation.

White was admitted to the Mental Health Unit of FMC-Butner on January 12, 2022.

**IT IS ORDERED** that White's evaluation period will end on May 11, 2022, with the final report will be submitted to the Court no later than June 3, 2022. The Clerk of Court will e-mail this order to Ms. Jasmine Richardson at j2richardson@bop.gov.  Any correspondence from FMC-Buter regarding White will be e-mailed to sara_luoma@mtd.uscourts.gov.

DATED this 1st day of February, 2022.

_____
Brian Morris
United States District Court Judge