IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-HC-2181-D

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JAMES TINO WHITE, JR, )<br>Reg. No. 31042-509, )<br>)<br>Respondent. ) | ORDER |

At the request of the Warden of the Federal Medical Center, Butner, North Carolina, the United States has filed a motion requesting to withdraw its Certificate of Mental Disease or Defect and Dangerousness filed pursuant to 18 U.S.C. § 4246 against Respondent and requesting that this Court dismiss the matter without prejudice. For good cause shown, and because Respondent does not object, the motion is GRANTED.

This **28** day of March 2023.

_____
JAMES C. DEVER, III
United States District Judge