# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-88-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | |
| | **ORDER** |
| **JAMES TINO WHITE, JR.,** | |
| **Defendant.** | |

Upon unopposed motion of the United States, and for good cause shown,

IT IS ORDERED the United States' motion to allow Dr. Evan Du Bois to testify

via ZOOM at the competency hearing scheduled for June 5, 2023, at 10:00 a.m. is

GRANTED. Government counsel will contact the Clerk of Court for the

Zoom  link.

DATED this 27th day of April, 2023.

_____
Brian Morris, Chief District Judge
United States District Court