# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 20-88-GF-BMM |
| Plaintiff, | |
| vs. | |
| **JAMES TINO WHITE, JR.,** | **ORDER** |
| Defendant. | |

Upon unopposed motion of the United States, and for good cause shown, IT IS ORDERED that the competency hearing scheduled for May 30, 2023 is VACATED.

DATED this 25th day of May, 2023.

_____
Brian Morris, Chief District Judge
United States District Court