# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JAMES TINO WHITE, JR.,**<br><br>Defendant. | **CR 20-88-GF-BMM**<br><br><br><br>**ORDER** |

The United States filed an unopposed motion pursuant to 18 U.S.C. § 4241(d)(2)(B) and Fed. R. Crim. P. 48(a) to dismiss the indictment against defendant James Tino White, Jr., without prejudice. For good cause shown, IT IS ORDERED that the December 2, 2020 indictment is DISMISSED WITHOUT PREJUDICE. The jury trial scheduled for August 1, 2023, and all pretrial deadlines are VACATED.

DATED this 27th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court